UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, | No. 2:24-cv-3102 CSK P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| ANNE WALTON, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff's complaint was filed with the court on November 8, 2024. Plaintiff alleges that defendant Walton altered transcripts of plaintiff's confidential Marsden hearing on March 1, 2021. (ECF No. 1 at 3.) The Court's own records reveal that on October 31, 2024, plaintiff filed a complaint in a separate action alleging that defendant Anne Walton altered transcripts of plaintiff's confidential Marsden hearing on March 1, 2021. Azevedo v. Nelson, No. 2:24-cv-2995 AC (E.D. Cal.) (ECF No. 1 at 7).[1] Due to the duplicative nature of the present action, the Court recommends that the complaint be dismissed.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

IT IS RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 14, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/azev3102.23

2