UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNE WALTON,<br><br>    Defendant. | No. 2:24-cv-3102-TLN-CSK<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 15, 2024, the magistrate judge filed findings and recommendations which were served on plaintiff, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, including the objections, the Court finds the findings and

recommendations to be supported by the record and by the proper analysis.

The Court notes that in his objections, Plaintiff claims he has not been "contacted" or provided a case number for his previously filed case, *Azevedo v. Nelson*, No. 2:24-cv-2995-AC-P (E.D. Cal.). (ECF No. 8 at 1–2.) However, a review of the court docket in No. 2:24-cv-2995-AC-P reflects Plaintiff was informed of the opening of his prior action when the Clerk of the Court issued new case documents and a litigant letter to Plaintiff on November 1, 2024. Prisoner New Case Documents and Order, *Azevedo v. Nelson*, No. 2:24-cv-2995-AC-P (E.D. Cal. Nov. 1, 2024), ECF No. 3.[1] In addition, on November 5, 2024, in response to Plaintiff's request for status of his case filings, Plaintiff was sent a list of his open cases. Status Request, *Azevedo v. Nelson*, No. 2:24-cv-2995-AC-P (E.D. Cal. Nov. 4, 2024), ECF No. 5. However, because Plaintiff now claims he has not received any documents identifying his prior case, the Clerk of the Court is directed to send Plaintiff a copy of the following documents filed in No. 2:24-cv-2995-AC-P: Plaintiff's Complaint (ECF No. 1) and the new case opening documents served on November 1, 2024 (ECF No. 3).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, (ECF No. 5), are ADOPTED in full;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to send plaintiff a copy of the following documents filed in *Azevedo v. Nelson*, No. 2:24-cv-2995-AC-P (E.D. Cal.): Plaintiff's Complaint (ECF No. 1) and the new case opening documents served on November 1, 2024 (ECF No. 3).

Date: December 13, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] A court may take judicial notice of court records. *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).